# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | | Case No. 3:16MJ0062 |
| | : | |
| -vs- | : | Chief Magistrate Judge Sharon L. Ovington |
| CHASE A. CRUMP, | : | |
| Defendant. | : | |

## BINDOVER ORDER

This matter was set for preliminary examination on March 17, 2016. Defendant appeared with counsel and waived his right to a preliminary examination. The Court found the waiver to be knowing and voluntary and therefore orders that Defendant be bound over to the grand jury to answer the charge.

March 17, 2016                                               s/ Sharon L. Ovington
                                                                                Sharon L. Ovington
                                                Chief United States Magistrate Judge